

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00435-CV

| | | |
|---|---|---|
| Henry M. Porter, Jr. and James Harold Porter | § | From the 271st District Court |
| | § | of Wise County (07-07-565) |
| v. | § | February 20, 2014 |
| Wise County, Texas | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM